Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUN DUY DAO, <br><br> Plaintiff, <br><br> v. <br><br> CHAD WOLF[1], Acting Secretary of Homeland Security; KATHY A. BARAN, California Field Office Director; CYNTHIA MUNITA, Seattle Field Office Director; USCIS CALIFORNIA SERVICE CENTER; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendants. | NO. C20-1635-JLR <br><br> STIPULATED MOTION FOR ORDER OF DISMISSAL <br><br> NOTED ON MOTIONS CALENDAR: <br> March 5, 2021 |

The parties hereby stipulate and agree as follows:

This matter is resolved and now moot. The matter may be dismissed without prejudice and without costs or fees to any party.

//

---

[1] As of February 2, 2021, Alejandro Mayorkas is Secretary of Homeland Security, so pursuant to Fed. R. Civ. 25(d), he is automatically substituted as the proper party.

STIPULATED MOTION FOR ORDER OF DISMISSAL
No. C20-1635-JLR 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

Respectfully submitted and presented by,

Dated this 5th day of March, 2021.

TESSA M. GORMAN
Acting United States Attorney

| | |
|---|---|
| */s/ Patricia D. Gugin* <br> PATRICIA D. GUGIN, WSBA # 43458 <br> Assistant United States Attorney <br> United States Attorney's Office <br> 1201 Pacific Avenue, Suite 700 <br> Tacoma, Washington 98402 <br> Phone: 253-428-3832 <br> E-mail: pat.gugin@usdoj.gov <br><br> Attorneys for Defendants | */s/ Grant T. Manclark* <br> GRANT T. MANCLARK, WSBA#42719 <br> Gary Grotz Law Firm <br> 107 S. Jackson St., Suite 201 <br> Seattle, WA 98144 <br> 206-625-0655 <br> E-mail: grant@grotzlaw.com <br><br> Attorney for Plaintiff |

STIPULATED MOTION FOR ORDER OF DISMISSAL
No. C20-1635-JLR 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the case is dismissed without prejudice and without costs or fees for any party.

DATED this 5th day of March, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　United States District Court Judge